Jennifer K. Hostetler
State Bar No. 11994
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jhostetler@lrrc.com

Attorneys for Plaintiff
*Genworth Life and Annuity Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER R. HUNT, an individual; JARED HUNT, an individual; J.M.H., a minor; and J.A.H, a minor,<br><br>Defendants. | CASE NO.: 2:17-CV-02260-JCM-PAL<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE LR 22-1 MOTION FOR SCHEDULING CONFERENCE**<br><br>**[FIRST REQUEST]** |

Plaintiff Genworth Life and Annuity Insurance Company ("Genworth"), and Defendant Amber R. Hunt, J.M.H., and J.A.H., by and through counsel, hereby stipulate and agree to continue the deadline for sixty (60) days for Genworth to file a motion pursuant to LR 22-1:

1. LR 22-1 requires Genworth to file a motion requesting that the Court set a scheduling conference in this interpleader action. Such motion must be filed within 30 days after the first defendant answers or otherwise appears.

2. Defendants Amber R. Hunt, J.M.H., and J.A.H. answered the Complaint on October 12, 2017. Defendant Jared Hunt has not yet appeared.

3. The deadline for Genworth to file the LR 22-1 motion requesting a scheduling conference is November 13, 2017.

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

4. The parties have reached an agreement to resolve this matter and are finalizing a settlement agreement regarding the same. Therefore, in order to conserve the resources of the parties as well as the Court and to allow the parties to focus on completing the settlement, it is agreed that Genworth's deadline to file the LR 22-1 motion be continued for sixty (60) days.

5. The foregoing request is made in good faith, and is not made for the purpose of delay.

IT IS SO STIPULATED:

| | |
|---|---|
| Dated this 8th day of November, 2017. | Dated this 8th day of November, 2017 |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | SOLOMON DWIGGINS & FREER, LTD. |
| By: /s/ Jennifer K. Hostetler<br>Jennifer K. Hostetler<br>State Bar No. (11994)<br>Email: jhostetler@lrrc.com<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169<br><br>*Attorneys for Plaintiff Genworth Annuity and Life Insurance Company* | By: /s/ Craig D. Friedel<br>Brian P. Eagan<br>State Bar No. (9395)<br>Email: beagan@sdfnvlaw.com<br>Craig D. Friedel<br>State Bar No. (13873)<br>Email: cfriedel@sdfnvlaw.com<br>9060 W. Cheyenne Avenue<br>Las Vegas, Nevada 89129<br><br>*Attorneys Defendants Amber R. Hunt, J.A.H., and J.M.H.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 29, 2017

102761623_1

2