Jennifer K. Hostetler
State Bar No. 11994
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jhostetler@lrrc.com

Attorneys for Plaintiff
*Genworth Life and Annuity Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER R. HUNT, an individual; JARED HUNT, an individual; J.M.H., a minor; and J.A.H, a minor,<br><br>Defendants. | CASE NO.: 2:17-CV-02260-JCM-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Genworth Life and Annuity Insurance Company ("Genworth"), and Defendants Amber R. Hunt, J.M.H., and J.A.H., by and through counsel, hereby stipulate and agree that the above-captioned action, including all claims and causes of action asserted by Genworth against Defendants in the Complaint for Interpleader, shall be and hereby are dismissed with prejudice, each party to bear its own costs

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

104981530_1

and attorneys' fees.

IT IS SO STIPULATED:

Dated this 29th day of May, 2018.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Jennifer K. Hostetler
    Jennifer K. Hostetler
    State Bar No. (11994)
    Email: jhostetler@lrrc.com
    3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, NV 89169

*Attorneys for Plaintiff Genworth Annuity and Life Insurance Company*

Dated this 29th day of May, 2018.

SOLOMON DWIGGINS & FREER, LTD.

By: /s/ Craig D. Friedel
    Brian P. Eagan
    State Bar No. (9395)
    Email: beagan@sdfnvlaw.com
    Craig D. Friedel
    State Bar No. (13873)
    Email: cfriedel@sdfnvlaw.com
    9060 W. Cheyenne Avenue
    Las Vegas, Nevada 89129

*Attorneys Defendants Amber R. Hunt, J.A.H., and J.M.H.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 30, 2018
_____