Dana A. Dwiggins, Esq.
State Bar No.7049
Craig D. Friedel, Esq.
State Bar No. 13873
SOLOMON DWIGGINS FREER & STEADMAN, LTD.
9060 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Tel:  (702) 853-5483
Fax: (702) 853-5485
Email: ddwiggins@sdfnvlaw.com
Email: cfriedel@sdfnvlaw.com

*Attorneys for Amber Hunt and Jayda Hunt*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMBER HUNT, an individual; JARED HUNT, and individual; J.M.H, a minor; and J.A.H., a minor,<br><br>Defendants. | Case No.:   2:17-cv-02260-JCM-PAL<br><br><br>**ORDER** |

Presently before the court is Amber Hunt ("Guardian") and Jayda Madison Hunt's ("Former Minor") Application to Release Funds Placed in Blocked Account Due to Compromise of Minor's Claim Pursuant to NRS 41.200(6) ("Application").

On February 3, 2022, the Former Minor turned 18 years old as demonstrated by her birth certificate attached to the Application.  Moreover, no opposition to the Application was filed. *See* D. Nev. Civ. R. II 7.2(d).

Accordingly,

**IT IS HEREBY ORDERED** that the accounting is approved and Amber Hunt is hereby discharged of all of her duties related to the Blocked Account of Jayda Madison Hunt;

**IT IS HEREBY FURTHER ORDERED** that U.S. Bank is authorized and directed to (1) unblock the Blocked Account and transfer full ownership of the same to Jayda Madison Hunt; or (2) close the Blocked Account and distribute the full closing value of the Blocked Account to Jayda Madison Hunt.

DATED June 28, 2022.

_____
UNITED STATE DISTRICT COURT

